

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2024

No. 04-24-00630-CR

Latoya Marchelle **DOWDEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9226W
Honorable Raymond Angelini, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 23, 2024.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2024.

_Luz Estrada, Chief Deputy Clerk_